# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

VISTACARE PHARMACY SERVICES 2 LLC,
d/b/a VISTA CARE PHARMACY II,

Appellant,

v.

OPTUMRX, as successor by merger to
Catamaran Corporation and OPTUMRX in its own right,

Appellee.

No. 2D2023-0466

_____

April 17, 2024

Appeal from the Circuit Court for Pinellas County; Patricia Muscarella, Judge.

Richard E. Miller of Jacobs Law Group, PC, Philadelphia, Pennsylvania; Sean Estes of Hoyer Law Group, PLLC, Tampa; and Mark R. Rosen, admitted pro hac vice, of Jacobs Law Group, PC, West Conshohocken, Pennsylvania, for Appellant.

Kristen M. Fiore of Akerman LLP, Tallahassee; Michael J. Holecek of Gibson, Dunn & Crutcher LLP, Los Angeles, California; Alexandra M. Mora and Ndifreka U. Uwem of Akerman, LLP, Miami; for Appellee.


PER CURIAM.

     Affirmed.

NORTHCUTT, CASANUEVA and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.